OTTO CALABRIA, as Administrator, etc., of PASQUALE CALABRIA, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25268.) — Judgment affirmed, with costs. All concur, except Dowling and McCurn, JJ., who dissent and vote for reversal and for granting a new trial. (The judgment dismisses a claim for damages for the death of claimant's intestate, alleged to have been caused by

reason of negligent supervision of a State institution.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ. [176 Misc. 925.]